**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL C. KEO, an individual, | Case No.:  8:22-cv-00128-JLS-DFM |
| Plaintiff, | **ORDER DISMISSING WITH** |
| vs. | **PREJUDICE** |
| KAREN L. GALVEZ, an individual and as Trustee of the GALVEZ KAREN L. LIVING TRUST; | [Hon. Josephine L. Staton *presiding*] |
| Defendants. | |

Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action shall be dismissed with prejudice.  Each party shall bear his or its own costs and attorney's fees.

IT IS SO ORDERED

Dated: July 24, 2022                                 _____
                                                    Hon. Josephine L. Staton
                                                    United States District Judge